UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KCD TRUCKING INC., <br><br> Defendant. <br><br><br> HOMESTREET BANK, <br><br> Garnishee. | Cause No. MC22-0098RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, KCD Trucking Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Homestreet Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on November 1, 2022.

Dated this 7th day of November, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1