UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC., | CASE NO. 2:22-mc-00098-LK |
| Plaintiff, | |
| v. | ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER |
| KCD TRUCKING INC., | |
| Defendant, | |
| v. | |
| HOMESTREET BANK, | |
| Garnishee-Defendant. | |

**SUMMARY OF JUDGMENT**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Garnishment Judgment Debtor: | KCD Trucking Inc. |
| Garnishee-Defendant: | HomeStreet Bank |
| Total Garnishment Judgment Amount: | $1,309.40 |
| Balance on Judgment: | $1,047.64 |
| Attorney's Fees: | $104.76 |
| Costs: | $157.00 |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew, & Leahy L.L.P. |

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER - 1

THIS MATTER comes before the Court upon Plaintiff/Judgment Creditor's Motion for Entry of Judgment on Answer of Garnishee Defendant. Dkt. No. 7. It appearing that the Garnishee-Defendant has filed its answer herein stating that it holds funds of the Defendant/Judgment Debtor, KCD Trucking Inc., in the sum of $1,454.64; that Judgment Creditor has judgment unsatisfied against the Judgment Debtor in the amount of $1,047.64; that Judgment Creditor incurred attorney's fees in the amount of $250, $104.76 of which are recoverable,[1] and costs in the amount of $157; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee Defendant's answer thereto; and that a signed affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the underlying judgment indicating sufficient service upon the Judgment Debtor by Certified mail pursuant to Wash. Rev. Code § 6.27.130(3); *see* Dkt. No. 6; *Mandelas v. Gordon*, 785 F. Supp. 2d 951, 958–59 (W.D. Wash. 2011), is on file herein now, therefore, it is hereby **ORDERED, ADJUDGED AND DECREED as follows**:

1. The Clerk of Court is directed to enter judgment in favor of the Judgment Creditor and against the Garnishee Defendant in the sum of $1,309.40, such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Judgment Creditor shall have judgment against the Judgment Debtor for attorney's fees and costs in this garnishment action in the sum of $261.76, said sum to be added to Judgment Creditor's prior judgment against Judgment Debtor;

---

[1] The requested fee exceeds the statutory maximum stated in § 6.27.090(2) of the Revised Code of Washington because it is higher than ten percent of the unsatisfied default judgment or the amount prayed for in the complaint. *See* Dkt. No. 1 at 2 (indicating that $1,047.64 is the unsatisfied judgment amount); *Northwest Administrators Inc. v. KCD Trucking Inc.*, No. 22-cv-00856 (W.D. Wash. 2022), Dkt. No. 1 at 3–4; Dkt. No. 8 at 6 (requesting a default judgment of $1,047.64). Recoverable garnishment attorney's fees in this matter are ten percent of $1,047.64, or $104.76. Wash. Rev. Code. § 6.27.090(2).

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER - 2

3. Upon payment by the Garnishee Defendant of the $1,309.40 to the registry of this Court, the Garnishee Defendant shall be automatically discharged from this action.

4. Upon receipt of the aforementioned payment from the Garnishee Defendant, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $1,309.40, minus any statutory processing fees, payable to Northwest Administrators, Inc., c/o Reid, McCarthy, Ballew & Leahy, L.L.P, 100 West Harrison Street, North Tower, Suite 300, Seattle, WA, 98119, and mail or deliver the check to Reid, McCarthy, Ballew & Leahy, L.L.P, Attention: Russel J. Reid, 100 West Harrison Street, North Tower, Suite 300, Seattle, WA, 98119.

5. Upon receipt of said sum, Judgment-Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed in the underlying action as to the principal Defendant/Judgment Debtor.

Dated this 26th day of January, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER - 3